FREDERIC E. WORDEN, Respondent, v. ANNE M. WALLACE, Individually and as Administratrix of the Estate of HUBERT P. WALLACE, Deceased, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an action on a promissory note.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

PASQUALE TERZINI, Appellant, v. SAMUEL FONTANA, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

EMILIO RENZI, Appellant, v. SAMUEL FONTANA, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

SAMUEL SESTITO, Appellant, v. SAMUEL FONTANA, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM AMATO and JOSEPH DE PASQUALE, Appellants.— Judgments of conviction and orders affirmed. All concur. (Appeals from judgments convicting both defendants of the crime of burglary, first degree. The orders deny motions for a new trial.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

In the Matter of the Estate of LOUIS N. LA MANTIA, Deceased. BEATRICE L. CARROL et al., as Executors of LOUIS N. LA MANTIA, Deceased, Respondents; ALICE LA MANTIA, Appellant.— Decree affirmed, without costs of this appeal to any party. All concur. (Appeal from a decree adjudging the notice of election filed by the surviving spouse of decedent to be invalid and ineffective, and that she is not entitled to share in the estate of decedent.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

In the Matter of the Accounting of MANUFACTURERS AND TRADERS TRUST COMPANY et al., as Executors of HAROLD A. RICHMOND, Deceased, Appellants. MAY C. RICHMOND et al., Respondents.— Decree affirmed, with costs. All concur. (Appeal from a decree settling the accounts of executors.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

DOROTHEA McCOWAN, Appellant, v. JAMES MACAULAY, Respondent.— Judgment and order affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.